March 22, 2006

**Via Electronically Filed**
Honorable Joel B. Rosen, USMJ
U.S. Courthouse  Room 2060
1 John F. Gerry Plaza
P.O. Box 887
Camden, New Jersey 08101

    Re:    Albert Florence v. County of Essex
             Case No. 05-3619

Dear Judge Rosen:

    This letter shall confirm that the return date for plaintiff's motion to amend his complaint shall be **March 28, 2006 at 10:30am via teleconference.**

    Thank you.

             Respectfully,

            s/Alan Ruddy
            Assistant County Counsel
            973-621-5021

AR:cs

cc:    Susan Lask, Esq.
        Michael Calabro, Esq.
        J. Brooks Didonato, Esq.