EXHIBIT A





# SUPERIOR COURT OF NEW JERSEY
## ESSEX VICINAGE
## BENCH WARRANT

State of New Jersey

vs.

Name: _Albert Florence_

AKA: _____

Ind./Acc./CDR # _98 04-01651I_

Charge _3P Hinder Prosecution._

PG # _98000062_  Def. # _001_

Trial List _Falcon, J_

Failure to Appear for: _Enforcement Ct_

## TO THE SHERIFF OF ESSEX COUNTY OR ANY LAW ENFORCEMENT OFFICER IN NEW JERSEY:

## YOU ARE ORDERED TO TAKE INTO CUSTODY THE ABOVE DEFENDANT:

Address: _1146 Schmidt Lane_
_No. Brunswick_
_NJ 08902_

DOB: _09/29/75_

SSN: _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_

SBI: _____

FBI: _____

BCI: _____

## AND BRING HIM/HER BEFORE THE SUPERIOR COURT:

SITTING IN:  **ESSEX SUPERIOR COURT**
**50 WEST MARKET STREET**
**NEWARK, N. J. 07102**

Issue Date: _4/25/03_

2003 MAY -5 A 9: 59

RECEIVED B.C.I.
SHERIFF'S OFFICE
ESSEX COUNTY, N.J.

_Joseph, Q. _____
JUDGE OF THE SUPERIOR COURT

Court Clerk: _Crystal Donley_

Execution Date: _____ / _____ / _____

Executed By: _____

Arresting Agency: _____

Defendant Detained At: _____

4765-033

EXHIBIT A

*Warrant issued 4/25/03*
*last payment made 4/29/03 —*
*fines are paid in full*

| ESSEX | COMPREHENSIVE AUTOMATED PROBATION SYSTEM | 03/10/2005 |
|---|---|---|
| PBM2333 | COLLECTIONS INQUIRY BY CLIENT | 13:41 |
| JUPALEX | | |

CLIENT ID  : F 0004610
CLIENT NAME: FLORENCE, ALBERT
---------------------- PAYMENT PLAN INFORMATION -------------------

| | | |
|---|---|---|
| TOTAL AMT ASSESSED : | 1,574.00 (INC SUP FEE) | PYMT START DATE : 07/19/1998 |
| AMOUNT PER PYMT     : | 46.00 / MONTHLY | LAST PYMT DATE : 04/29/2003 |
| SUPERVISION FEE     : | / MONTH | LAST PYMT AMT   :  1,310.00 |
| TOTAL SUPER FEE     : | 1350.00 | ACCEPT CHECK IND: Y |

------------------ COLLECTIONS INFORMATION (ALL DISPS) -------------------

| | | |
|---|---|---|
| PAID TO DATE       : | 1,595.70 | ARREARAGE DATE       : |
| CREDIT TO BALANCE  : | 1,574.00 | TOTAL DAYS FROM START: |
| TRANSACTION FEES   : | 14.00 | NUMBER PAYMENTS DUE  : |
| OTHER USER FEES    : | | AMT SHOULD HAVE PAID : |
| OUTSTANDING BALANCE: | .00 | AMT ACTUALLY APPLIED : |
| EXISTING ARREARAGE : | | CALCULATED ARREARAGE : |

----------------------------------------------------------------------

WARRANT CODE  : ENFORCEMENT                         NOTICE TYPE: CPSM
NO NOTICE REASON:                 RISK CLASS: BW  NOTICE DATE: 04/07/2003
PB001076 CLIENT IS NOT IN ARREARS
 PF2 - DISP/COLLECTIONS HISTORY INQUIRY        PF3 - PAYMENTS MADE BY CLIENT
 PF4 - PAYMENT SCHEDULE HISTORY
4-©          1   Sess-1   172.16.1.27         TESS0233      1/2

Name: shannon.alexander - Date: 03/10/05  Time: 13:41:26

Page: 1  Document Name: Untitled

```
ESSEX                COMPREHENSIVE AUTOMATED PROBATION SYSTEM        03/10/2005
PBM2336                       PAYMENTS MADE BY CLIENT                13:44
JUPALEX                                                              PAGE: 0001

CLIENT NAME: FLORENCE, ALBERT
CLIENT ID  : F 0004610
-------------------------------------------------------------------------------
                                                                 PYMT   PYMT
           DATE        AMOUNT  PAYMT                             STATUS  VENUE
  S        PAID         PAID    TYPE           PAYOR             ======  =====
  =     ==========  =========  ========  ====================
          04/29/2003  1,310.00 PERSONAL C                        ALLOCA  ESX
          12/10/2002           NON CASH                          COURT   ESX
          12/10/2002           NON CASH                          COURT   ESX
          06/17/2002    100.70 TAX OFFSET                        ALLOCA  ESX
          07/20/2000     25.00 CASH                              ALLOCA  ESX
          05/31/2000     50.00 CASH                              ALLOCA  ESX
          04/20/2000     50.00 CASH                              ALLOCA  ESX
          01/24/2000     50.00 CASH                              ALLOCA  ESX
          11/17/1999     10.00 CASH                              ALLOCA  ESX
                                            END OF LIST


   PF2 - PAYMENT INQUIRY         PF7 - PRIOR          PF8 - NEXT

   4-©          1    Sess-1    172.16.1.27         TESS0233       3/77
```

Name: shannon.alexander - Date: 03/10/05  Time: 13:45:03            EXHIBIT B

EXHIBIT C

**PROBATION DIVISION**
**COUNTY OF ESSEX**
**Or**
Attorney for Judgment Creditor

SUPERIOR COURT OF N
RECD

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION – CRIMINAL**

MAR 0  2005

District No.   Colesx-2

*Clerk*

**STATE OF NEW JERSEY**
**Plaintiff**

Indictment No.   98-04-01657-I

Accusation No.

**Vs.**
**Albert Florence**
**Defendant**
**1146 Schmidt Lane**
**Street          Apt.**
**North Brunswick, New Jersey 08902**
**City     State          Zip Code**

Complaint No.

Probation No.   F-4610

Judgment #   265656-01
Total Amt. Of Judgment   $1,574.00

## WARRANT TO SATISFY JUDGMENT

**TO THE CLERK OF THE SUPERIOR COURT:**

*Whereas Judgment was entered in the above entitled action in favor of the creditors named in the Judgment of Conviction and against the defendant as appears by the record there of in:*
*Judgment Docket Number* **J# 265656-01**

**NOW THEREFORE** this is your Warrant and authority to enter on the aforesaid record this Satisfaction of Judgment.

Dated: *10-10-03*

_____
ATTORNEY FOR JUDGMENT CREDITOR or VICINAGE CHIEF PROBATION OFFICER

**CERTIFICATION (Complete when warrant is executed by the attorney for the Creditor)**

*I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.*

Dated:

_____
ATTORNEY FOR JUDGMENT CREDITOR or VICINAGE CHIEF PROBATION OFFICER

**ACKNOWLEDGMENT (Complete when warrant is executed by Vicinage Chief Probation Officer)**
**STATE OF NEW JERSEY:COUNTY OF ESSEX**

*Be it remembered that on* **10.10.03** *, before me the subscriber*

*Personally appeared Peter P. Conerly, Vicinage Chief Probation Officer*

*Of the Probation Division of the COUNTY OF ESSEX WHO, I AM satisfied, is the person named in, and who executed the foregoing instrument, and acknowledges that he/she signed, sealed and delivered the same as his/her act and deed, and as the act and deed of the Probation Division named in the instrument for the use and purpose therein expressed.*

RICHARD O. McDOWALL
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Aug. 3, 2007

ATTORNEY AT LAW or NOTARY PUBLIC
**My commission expires: _____**

Warrant to Sastify.Dot
Revised 4/30/03

Page 1 of 2

# EXHIBIT C

EXHIBIT D

```
1         UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
2             DOCKET NO. 05cv3619

3

4   ALBERT FLORENCE,

5           Plaintiff,
       -vs-
6
    BOARD OF CHOSEN FREEHOLDERS
7   OF THE COUNTY OF BURLINGTON;
    BURLINGTON COUNTY JAIL;
8   WARDEN JUEL COLE,
    INDIVIDUALLY AND OFFICIALLY
9   AS WARDEN OF BURLINGTON
    COUNTY JAIL; ESSEX COUNTY
10  CORRECTIONAL FACILITY, ESSEX
    COUNTY SHERIFF'S DEPARTMENT;
11  STATE TROOPER JOHN DOE INDIVIDUALLY
    AND IN HIS CAPACITY AS A STATE
12  TROOPER, & JOHN DOES 1-3 OF
    BURLINGTON COUNTY CORRECTIONAL
13  FACILITY WHO PERFORMED THE
    STRIP SEARCHES, & JOHN DOES 4-5,
14
            Defendants.
15

16        DEPOSITION OF ALBERT FLORENCE taken

17  by and before ADRIENNE E. TISDALE-SCOTT, a

18  Certified Shorthand Reporter and Notary Public

19  of the State of New Jersey, at the offices of

20  MICHAEL CALABRO, 466 Bloomfield Avenue, Newark,

21  New Jersey, on Friday, December 22, 2006,

22  commencing at 10:21 forenoon.

23
            DEGNAN & BATEMAN
24          219 Black Horse Pike
         Haddon Heights, New Jersey 08035
25            (856) 547-2565
```

EXHIBIT D

florence-122206

```
 2

 3       MICHAEL V. CALABRO
         BY:   SUSAN CHANA LASK, ESQ.
 4       466 Bloomfield Avenue
         Newark, New Jersey 07107
 5       (973) 482-1085
         Representing the Plaintiff
 6

 7       PARKER McCAY, P.A.
         BY:   KAREN SAVAGE, ESQ.
 8       Three Greentree Center
         7001 Lincoln Drive West
 9       P.O. Box 974
         Marlton, New Jersey 08053-0974
10       (856) 596-8900
         Representing the Defendant,
11       Burlington

12
         ALAN R. RUDDY, ESQ.
13       ASSISTANT COUNTY COUNSEL
         465 Dr. Martin Luther King Boulevard
14       Newark, New Jersey 07102
         (973) 621-5021
15       Representing the Defendant,
         Essex
16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    I N D E X

 2

 3   WITNESS                              PAGE
```

Page 2

1   A P P E A R A N C E S:

2

3    MICHAEL V. CALABRO
     BY:  SUSAN CHANA LASK, ESQ.
4    466 Bloomfield Avenue
     Newark, New Jersey 07107
5    (973) 482-1085
     Representing the Plaintiff

6

7    PARKER McCAY, P.A.
     BY:  KAREN SAVAGE, ESQ.
8    Three Greentree Center
     7001 Lincoln Drive West
9    P.O. Box 974
     Marlton, New Jersey 08053-0974
10    (856) 596-8900
     Representing the Defendant,
11    Burlington

12
     ALAN R. RUDDY, ESQ.
13    ASSISTANT COUNTY COUNSEL
     465 Dr. Martin Luther King Boulevard
14    Newark, New Jersey 07102
     (973) 621-5021
15    Representing the Defendant,
     Essex

16

17

18

19

20

21

22

23

24

25

Albert Florence

1     A.    My wife's parents house.

2     Q.    Where is that?

3     A.    That's in Mount Holly as well, as

4  known as Westhampton.  They're known as two

5  different locations, two Cs.

6     Q.    Do you know their address?

7     A.    67 Cypress Point Road.

8     Q.    Do they still live there?

9     A.    Yes.

10    Q.    What time of day was it?

11    A.    Evening.

12    Q.    When you say evening, before or

13  after six p.m.?

14    A.    After six.

15    Q.    Do you have an approximate time?

16    A.    Approximately 7:30.

17    Q.    Who was driving?

18    A.    My wife.

19    Q.    Was anyone else in the car?

20    A.    My son Shamar and my wife was

21  pregnant so.

22    Q.    Why don't you tell me what

23  happened.

24    A.    My wife was driving on 295, I-295

25  South.  And as we were getting off the exit or

Albert Florence

1   before we got off the exit we noticed a State

2   Trooper was following us so we proceeded to go

3   on C-630, and about a mile off the exit the

4   Trooper put his lights on and motioned for us to

5   pull over.

6       Q.    And then what happened?

7       A.    He took a good five to seven

8   minutes to come out of the car, which I've been

9   stopped a lot of times and that was a long time

10   to come out the car, so my wife, and I was

11   wondering why he was taking so long to come out

12   of his patrol car.

13       Q.    Did she stop right away when she

14   saw the lights?

15       A.    Yes.

16       Q.    Then what happened?

17       A.    The officer came to my side of the

18   vehicle.  I was on the passenger side and he

19   asked my wife for her driver's license,

20   registration and the insurance card.

21       Q.    Was your wife a licensed driver?

22       A.    Yes.

23       Q.    So what happened then?

24       A.    He then asked me whose vehicle

25   does this belong to and my wife told him it's my

Albert Florence

1    A.    The officer then told me why he

2  put me in handcuffs.

3    Q.    What did he say?

4    A.    He says that there's a warrant out

5  for my arrest.

6    Q.    How did you respond to that?

7    A.    I said what warrant?  Why would

8  you pull me over, and why is there a warrant for

9  my arrest, and he told me to sit in the back of

10  his patrol car.

11    Q.    Was it just one State Trooper?

12    A.    No, at that time that I was in the

13  back of his car sitting another pulled up.

14    Q.    After he told you to sit in the

15  back of his patrol car, what did he do?

16    A.    At that point my wife was yelling

17  and crying and talking to the Trooper trying to

18  find out why I was in the back of the car and

19  why we were pulled over and like what is going

20  on.  So the State Trooper told my wife what was

21  going on, and I could hear the conversation

22  because they were right in front of the car

23  door.  So I told my wife to look into the glove

24  compartment and get out the letter that I got

25  from the state.

Albert Florence

1      Q.   Did she do so?

2      A.   Yes.

3      Q.   Did she show it to the police

4  officer or to the State Trooper?

5      A.   Yes.

6      Q.   What happened at that juncture?

7      A.   The State Trooper reviewed it.  He

8  motioned for the other gentleman to come over

9  because at that particular time the other

10  gentleman was trying to calm my wife down.  She

11  was pregnant.  She was crying, and she was

12  hysterical, crazed because she didn't understand

13  the circumstances of what was happening.  So the

14  officer I could see him look at it with his

15  flashlight reviewing it.  I do recall him

16  radioing in.  He was always on his radio talking

17  to someone else on the other end, I guess

18  waiting for instruction or trying to find out

19  what to do at the next point.

20      Q.   What happened -- then what

21  happened?

22      A.   After that the officer -- both

23  officers explained to my wife we have to take

24  him in, we have to take him into custody.  I do

25  remember him saying to my wife this will be all

Albert Florence

1  over in a day.  They'll release him once this is

2  all clarified.  When this is all cleared he'll

3  be released in a day.

4      Q.    Do you recall what day of the week

5  this was?

6      A.    It was a Thursday.

7      Q.    So what happened thereafter?

8          MR. RUDDY:  Could I just ask about

9      the letter because I don't think he's

10      explained what his letter is.

11          MS. SAVAGE:  Yeah, I'll -- thank

12      you.

13      Q.    Actually what was the letter that

14  you showed to the police officer?

15      A.    It was a letter of satisfaction.

16          MS. SAVAGE:  Could you mark that as

17      Exhibit 1 please.

18

19          (Whereupon, Exhibit D-1 was received

20      and marked for identification.)

21

22      Q.    Mr. Florence, I'm showing you what

23  has been marked as Exhibit D-1.  Is this the

24  paper that you showed the police officer --

25  that your wife showed the police officer that

53

Albert Florence

1  you had in your glove box?

2       A.    Yes.

3       Q.    Was it a photocopy as well or was

4  it the original document?

5       A.    I believe it was a photocopy.  If

6  I remember it was a photocopy.

7       Q.    Do you still have that actual

8  document?

9       A.    That was all given back to my

10  wife.  I would have to ask her.  I'm sure I do.

11          MS. LASK:  Just for the record, we

12          produced it to everybody the copy of

13          whatever it was.

14          MS. SAVAGE:  No.  My question is if

15          he has the original one that he had folded

16          up in this glove box.

17          MS. LASK:  Oh.

18          MS. SAVAGE:  That's my question.

19       A.    After this all happened whatever

20  documents that I did have, like Susan said, it

21  was all circulated and recirculated like

22  everywhere, so I'm not sure where that actual

23  document that was folded where that is.  I'm

24  sure I didn't throw it out or anything.

25          MR. RUDDY:  I thought your question

2      A.    That stopped and you went around

3    the corner and that's where your shower was.

4           MS. LASK:  Can you talk in terms of

5        feet?  Can you describe it in terms of

6        feet?  You're like what six feet tall?

7      A.    Six-four.  So I would say the

8    shower, the actual entrance into it was about

9    I'd say about eight feet.

10          MR. RUDDY:  Eight feet long.  Went

11       eight feet long like from there eight feet

12       in?

13          THE WITNESS:  Yeah.

14     Q.    So once you enter the stall what

15   happened at that point?

16     A.    Once I enter the stall a Caucasian

17   gentleman came and instructed me to put my

18   items, my personal items on the bench and to

19   take off all my belongings and put them, you

20   know, put them on the bench.

21     Q.    What specifically did he say?

22   Tell me exactly what he told you.

23     A.    He told me to -- he said I need

24   you to take off all your clothes.

25     Q.    Yes.

Albert Florence

1     A.    And then as -- after I took off my

2   clothes he asked me if I had anything in my

3   mouth, told me to open my mouth.  I opened my

4   mouth, he asked me to lift up my tongue.  I

5   lifted up my tongue.  He told me to have my hand

6   at shoulder length.  That's all.  Told me to

7   turn, 360 turn, so I turned all the way around.

8   He said, okay, you can drop your hands down, and

9   he instructed me to lift up my genitals which at

10  that point even being in front of a man I have

11  never been in front of a man who's, you know,

12  being seen naked in front of a man so being

13  naked in front of someone especially a guy

14  especially what I was going through and what was

15  inside of my head I was a little freaked out

16  about it.

17        MR. RUDDY:  Could you describe this

18     gentleman?

19        THE WITNESS:  Average height.  Six

20     foot height, very -- not obese.  He was

21     very obese.

22        MR. RUDDY:  Very obese, fat?

23        THE WITNESS: Yes, short hair.

24        MR. RUDDY:  Did he have a full

25     uniform on?

Albert Florence

1       THE WITNESS:  He was -- it kind of

2    seemed weird.  At that point it didn't seem

3    like -- he didn't look like a cop because

4    you really didn't see.  He didn't have on a

5    tie.  I couldn't really see his actual

6    badge or I didn't see a gun.

7       MR. RUDDY:  So he was in plain

8    clothes you would say?

9       THE WITNESS:  I wouldn't say he was

10    in plain clothes.  He was in uniform, but

11    he didn't look like he was an actual cop

12    because he didn't have, you know -- he was

13    very disheveled in terms of his appearance.

14       MR. RUDDY:  If I might, Karen, one

15    follow-up on that.  When you say he's in

16    uniform what do you mean by he was in

17    uniform?

18       THE WITNESS:  Meaning that he had a

19    uniform on but he didn't look like he was

20    an actual police officer because I didn't

21    see a gun.  I didn't see an actual badge or

22    any of those decals that they wear on their

23    shirts.  I just saw something that said

24    Burlington County and that was it.

Albert Florence

1  after he looked you over what happened at that

2  juncture?

3      A.    He looked me over and then he told

4  me to -- he said you are going to shower up.

5  You can lather up or if you want you can just

6  rinse off.  I wanted to kind of rinse off and

7  just kind of take it all in because a shower

8  kind of calms me down and I remember taking, you

9  know, advantage of, you know, a couple extra

10  minutes.

11     Q.    Now, when he told you to take a

12  shower, did he give you soap?

13     A.    No.

14     Q.    Was soap already there?

15     A.    He just gave me a towel and the

16  orange jumpsuit.  I remember asking him what

17  should I do with my boots, and he said just put

18  your boots underneath the bench, and once you

19  are fully clothed you could put your boots back

20  on.

21     Q.    And once he directed you to the

22  shower where -- did he stay with you?

23     A.    No.  At that point I couldn't even

24  see if he was still there or not because that

25  shower is -- it's the neck area in.  You can't

1    even see the opening anymore.

2        Q.    Were you given any type of liquid

3    gel, essentially, delousing agent?

4        A.    What is that?

5        Q.    Were you given a liquid in a cup

6    essentially by an officer to put on your hair

7    and body hair?

8        A.    No, he told me to shower up, and

9    he said if you'd like there's soap there, and

10   that's the soap I used.

11        MR. RUDDY:  Do you mean what he did

12        when you were showering?

13        THE WITNESS:  No, at that point I

14        couldn't see.  After he finished observing,

15        you know, looking at me with no clothes on,

16        naked, I just wanted to get away from him

17        as quickly as I could.

18        Q.    After you showered, what did you

19   do?

20        A.    I dried, I dried off.  I put my

21   underwear back on.

22        Q.    Was anybody in that room at that

23   point in time?

24        A.    No.  I put my underwear back on.

25   The actual curtain was partially ajar so in

Albert Florence

1    innocence.  I would tell everybody -- I'm

2    telling everybody I shouldn't be here, I'm

3    stripped naked in Burlington and I'm starting to

4    get that same anxiety in that room because I saw

5    the same thing playing back over again, so I

6    just stayed in that room with the 10 or 12 other

7    individuals to be called in the next room.

8        Q.    What happened in the next room?

9        A.    You stand in a line, step by step

10   they individually photograph you and computerize

11   fingerprint you, and in that next room -- it's a

12   room similar to this.  It's like I said, it's a

13   line and they call the next person, okay.  This

14   person you go over there take a picture.  The

15   next person it's like three or four officers and

16   they are either performing different tasks.

17       Q.    Are you wearing clothes?

18       A.    Yes.

19            MR. RUDDY:  Could we describe the

20           length of the room?  Do you have an

21           estimate of how big?

22       A.    I would say double the size of

23   this room.  It was a pretty big facility because

24   there were three different lines.  There was a

25   line here of computers, a line of computers and

1  another line and you sat, you actually sat down

2  in a chair and someone sat across, an officer

3  sat across from you.

4       MS. LASK:  So we are saying double

5       the size.  Could we establish this room is

6       about 20 feet long?

7       MS. SAVAGE:  Yes.

8       MR. RUDDY:  This would be 40ish.

9       MS. LASK:  Okay.

10      Q.    So then after you were

11  fingerprinted what happened at that juncture?

12      A.    At that juncture you'd be going

13  your way in another waiting area.  There are

14  phones there, like different partitions.

15  There's a partition here and there's like maybe

16  three or four phones at each particular

17  partition.  The partitions are all set up.

18      Q.    You are describing partitions

19  placed throughout the room?

20      A.    Yes.

21      Q.    Okay.  And are you able to freely

22  use those phones?

23      A.    Yes.

24      Q.    So did you use those phones?

25      A.    Yes.

Albert Florence

1      A.    That was the first phone call.

2      Q.    How long were you in that room?

3      A.    I'd say I was in the room 20

4  minutes, 25 minutes.

5      Q.    What happened thereafter?

6      A.    Afterwards we were directed to the

7  next part of Essex County where there's a

8  separate -- five separate closets, if you would,

9  and each particular closet there was a shower in

10  that particular closet so they would call us up

11  in groups of five and the first five will come,

12  they enter in the room, they would take all

13  their clothes off, they would shower.  They

14  would come out and then there were two other

15  officers that were on like a partition or

16  podium.  They were above, you know, the inmates

17  and they were instructed inmates on what to do.

18  When I went and I took my shower I was actually

19  -- the thing that stuck out of my mind was they

20  once -- before I even got into the shower that

21  they actually were handed out bags of like

22  toothpaste and the comb I got and a toothbrush

23  and a soap.  I was kind of satisfied because,

24  you know, I didn't brush my teeth in a while,

25  definitely hadn't showered in a while, so that

1  was probably the lone bright spot other than

2  sitting.

3      Q.    Now there were five separate

4  showers?

5      A.    Yes.

6      Q.    And were you just told to go in

7  and shower?

8      A.    The officers.  Not just me but the

9  officers, the officer told the five of us to go

10  in, you are going to strip all the way down, you

11  are going to shower, you are going to come out

12  and then we'll instruct you what to do

13  afterwards.

14      Q.    And when you came out were you

15  clothed when you came out?

16      A.    No.  When I came out fully naked

17  and showered already.

18      Q.    Along with the other four

19  individuals?

20      A.    Yes.

21      Q.    After you did that, what did they

22  instruct you to do?

23      A.    The instructor asked us all to

24  open our mouths, asked if anyone had anything

25  foreign in their mouth, any substance at all in

1  their mouth.  He then asked us to lift our

2  genitals.  It was kind of -- it was painful

3  because, you know, as he was telling me this I

4  kept visualizing being stripped naked at

5  Burlington and now being stripped naked at Essex

6  so I kind of froze for a second and I could see

7  the guy looking at me like, hello, let's get

8  with it.  So I continued to do what he said,

9  open my mouth.  They instructed us to lift up

10  our arms shoulder length again all right when he

11  turned around at this particular point which was

12  a little uncomfortable as well he told us to

13  turn around.  He started together a complete 360

14  once our backs faced him all to squat and to

15  cough and then we had to turn back around again.

16      Q.    Had they asked you to do that in

17  Burlington?

18      A.    In Burlington I was not asked to

19  do that.

20      Q.    And after that was completed after

21  you were asked to squat and cough what did you

22  do?

23      A.    Afterwards we stood there.  It was

24  kind of eerie because we were just standing

25  there while these officers were like peering

1   you.

2       Q.    How many officers?

3       A.    Two.

4       Q.    They were looking at you and you

5   were just looking and you almost --

6       A.    You spot one guy and you peak to

7   your left and one guy is kind of staring at the

8   other guy.  You peak to your right and the other

9   guy is staring at you, that was very

10  uncomfortable.  Like an uncomfortable

11  experience, you know, because I had those same

12  feelings even though it was one guy at

13  Burlington I had those same feelings at Essex

14  like, you know, these officers they really don't

15  care about you.  They are looking at you, it's

16  fun to them.  It's a game to them.  It was very

17  uncomfortable to be stripped, especially

18  stripped naked and having men look at you and

19  grown men like your father.  You can kind of

20  visualize your father.

21      Q.    At what point?  Well, what

22  happened thereafter?

23      A.    After that they gave us jumpsuits

24  again, and it was weird because they kind of

25  gave you bubble gum shoes.  Actually sailor

Albert Florence

1    shoes, thick soles, and he gave us those, and we

2    went onto the next process which was to see the

3    nurse.

4        Q.    And the nurse did an evaluation?

5        A.    They did an evaluation and

6    something that was weird too.  She gave me a

7    shot which was I believe it was for TB or

8    something she says.  If you are going to be in

9    general population you have to have a shot so

10   you don't risk infecting anybody if you are

11   infected yourself.

12       Q.    And were you put into a general

13   population at that point in time?

14       A.    At that point in time it was

15   Wednesday evening heading into Thursday morning

16   so what they did they took us to the jail, they

17   assigned us to the rooms and at that point we

18   went to bed.

19       Q.    Were you in a cell by yourself?

20       A.    No, I was with another inmate.

21       Q.    Do you remember his name?

22       A.    No, I don't recall his name.

23       Q.    Were you given bedding?

24       A.    Yes, I was provided with bedding.

25       Q.    And when did you then leave?  When

1    and I can tell that, you know, they enjoyed

2    being there.  If you are smiling and you

3    are incarcerated you kind of -- you're

4    happy with your surroundings and I wasn't

5    happy with my surroundings.  I wasn't happy

6    at all with my strip search.

7         MR. RUDDY:  You want me to wait?

8         MS. SAVAGE:  Why don't I finish up

9    and you can.

10        MR. RUDDY:  Okay.

11        MS. SAVAGE:  You can go.

12    Q.    So when you went before -- so you

13   were brought to court?

14    A.    I was brought to court in a van

15   which was very uncomfortable because I'm a fall

16   guy so you can imagine being chained leg to leg

17   and they release your ankles once you get to the

18   van I guess for safety purposes but you are

19   still chained up and this time they actually

20   chain you and you are like this.  You are

21   sitting next to each other and I remember the

22   van.

23        MS. LASK:  How do they chain you?

24     She's typing it.

25    A.    They chain you where your hands

1  gentleman average look to him, had a mustache,

2  that's about it.  I remember them saying they

3  got lost coming from Cracker Barrel because they

4  ate.

5      Q.    How about the officer that you

6  said oversaw the search that you had in entering

7  the Essex County jail, do you remember?

8      A.    The strip search.

9      Q.    You characterize it as a strip

10  search.

11      A.    Describe him?

12      Q.    Yes.

13      A.    His appearance?

14      Q.    Yes.

15      A.    A big guy.  Wouldn't say burly.  I

16  would say obese, short hairdo, dishevelled

17  appearance, didn't look as professional as some

18  of the other officers in the room.

19          MS. LASK:  Talking about Essex

20      County?

21          MR. RUDDY:  Yes.

22      A.    No, I'm describing Burlington.

23      Q.    No, I asked Essex County.

24      A.    Okay.  Repeat your question.

25      Q.    The fellow who oversaw the process

1    of you getting undressed at the Essex County

2    jail, do you remember what he looked like?

3         A.    There were two gentleman.  There

4    were two officers.

5         Q.    Could you describe him?

6         A.    One had glasses and they both were

7    African-American.

8         Q.    Could you approximate ages for me?

9         A.    Couldn't approximate.  I didn't

10   see the whole -- like the whole built.  I just

11   saw their face coming from the torso up.

12        Q.    I presume you're a relatively

13   young man, they were older than you?

14        A.    They were older than me.

15        Q.    Did you have any conversation with

16   them?

17        A.    No.

18        Q.    Now while you were in either jail,

19   did you hear any news or any information

20   concerning Essex County, Essex County's

21   treatment of your arrest?

22        A.    I don't think I understand your

23   question.

24        Q.    I'll start with Burlington.  Aside

25   from what you already testified of different

1   together, collectively not necessarily?

2        A.    No.

3        Q.    You were never in any place like

4   that?

5        A.    No.

6        Q.    Never?

7        A.    No.

8        Q.    Now did any officer in either

9   county make any comments about your body while

10   you were naked?

11        A.    To me?

12        Q.    Yes.

13        A.    No, the only thing that was

14   troubling other than being naked and being

15   stripped was as you were being looked at at

16   Essex County by the two officers or that podium.

17   They would look at each other, you know, kind of

18   visual to each other and whisper something, and

19   I don't know if they were talking about bodies

20   per se in terms of being who was being stripped

21   and being searched or naked or what have you,

22   but I can recall them looking at each other.

23        Q.    But you didn't hear what they

24   said?

25        A.    No, I did not.

Albert Florence

1      Q.    Okay.  And there was like five

2   individuals?

3      A.    Side by side.

4      Q.    Side by side, and if there were in

5   the podium on one side of the room say, is that

6   the way they were or were they in the middle?

7      A.    Say again.

8      Q.    In other words, you indicated

9   there was five individuals that were side by

10   side, in relation to you five.  Where was the

11   podium?  Was it close to the side or in the

12   middle?

13      A.    It was in the middle.

14      Q.    So they had two people on one

15   side, three people on the other side?

16      A.    No, everybody was together.  You

17   mean these prisoners or the actual officers.

18      Q.    The officers.  The officers in

19   relation to you five.

20      A.    The officers were in the middle.

21   They were able to see each person in the middle.

22      Q.    So if they were in the middle the

23   people were behind them, to the right of them?

24      A.    No.  They were in front.  In front

25   of them.

1     Q.    They were all just in front of

2   them?

3        A.    They were all in front and the

4   back of the officers was where they kept the

5   clothing, my clothing and other inmates

6   clothing.  They would hang them up and hit a

7   button and it would go up just like a dry

8   cleaner.  That's where the officers stood at

9   where that machine was located.

10     Q.    If you don't mind I'm still not

11  clear about the way this room was.  How big was

12  the room?

13        MS. LASK:  He described all this

14     with Karen.

15        MR. RUDDY:  I have a chance to ask

16     this question.

17     A.    The room is a big room.  It wasn't

18  a normal size room.

19     Q.    Is this the room that was 40 feet

20  that you testified?

21     A.    I don't know what I was referring

22  to.  When you say 40 feet.

23     Q.    Indicated before this room was

24  about 40, you would say double this room.

25     A.    And this room broke off in

1    Q.    What happened after you were

2  standing there?

3       A.    After I was standing there?

4    Q.    Yes.

5       A.    We were directed to go in the

6  showers, dry off and then you clothe and you go

7  to the next area.

8    Q.    So the time that you were standing

9  there is before you were taking the shower and

10  that was for two minutes?

11      A.    For two minutes yeah.

12      Q.    Various people would take

13  different amounts for the shower?

14      A.    No.

15      Q.    Everybody came out together?

16      A.    No, when we go into the room, all

17  right, this room being the room I was naked in

18  front of the officers and other inmates, naked

19  in front of the officers you go into this, into

20  the stall, you take all your clothes off, all

21  right, you put them on your chair, you get

22  naked.

23      Q.    The chair is the circle?

24      A.    That's the circle I'm referring

25  to.

1    Q.    Okay.

2    A.    That's the circle I'm referring

3  to.

4    Q.    Okay.

5    A.    And you stand there and then each

6  and the other will tell you or direct you

7  exactly what to do.  In this case the officer

8  says, okay, open up your mouths.  Do you have --

9  does anyone have anything, any substance in

10  their mouths, then the officer asks you directed

11  you to hold your arms to shoulder length and

12  then instructs you to put your hand down, you

13  lift your genitals up.  The officer reviews

14  that, he instructs you to turn around.  Officer

15  then instructs everybody to bend down to squat,

16  to cough, once we did that he said turn back

17  around and then you went in and then you can

18  take your shower.

19    Q.    Okay.  Did any of the officers

20  touch you during this time period?

21    A.    No.

22    Q.    In Burlington County when you had

23  this process none of the others touched you, did

24  they?

25    A.    You mean when I was naked?

Albert Florence

1   phone call.  You can't take a shower.  You're a

2   holdover.  We're waiting for you to be

3   transported out of here.

4       Q.   I'm just saying did you have any

5   advance warning that you were leaving Burlington

6   County jail?

7       A.   Advance warning?

8       Q.   Yes?

9       A.   No.

10      Q.   They just took you out?

11      A.   Yes.

12      Q.   Now, do you know if there was

13  anything -- when you were being transported to

14  the courthouse, when you said you were tied up

15  in manacles and you were connected to other

16  inmates, do you know if this was the usual

17  practice of Essex County jail in transporting

18  people to the courthouse?

19      A.   No.

20      Q.   You have no knowledge?

21      A.   No.

22      Q.   So you don't know if this was an

23  exceptional practice, do you?

24      A.   Just an exception just done for

25  that particular day, no.  I have no knowledge of

Albert Florence

1   that.

2        Q.    Did anybody tell you why they do

3   that?

4        A.    Yes.

5        Q.    Why they have to put these inmates

6   in leg arms and inmates tied together.

7        A.    No.

8

9            (Whereupon, a brief recess is

10        taken.)

11

12        Q.    Mr. Florence, aside from what you

13   testified before as to what happened with Judge

14   Falcone, do you know anything else about any of

15   the proceedings before Judge Falcone that day

16   that led to your release?

17        A.    No.

18        Q.    Do you know what was the basis for

19   the judge releasing you?

20        A.    Describe basis.

21        Q.    Do you know why the judge released

22   you?

23        A.    Yes.

24        Q.    Why did he release you?

25        A.    Because he noticed that there was

Albert Florence

1   that was owed to the Essex County -- to the

2   probation department; is that correct?

3        A.   Say again.

4        Q.   This document purports to be a

5   warrant to satisfy a judgment which means money

6   that you owed.  The money that you owed was to

7   the probation department.  It wasn't to another

8   entity?

9        A.   No, just this.

10            MR. RUDDY:  No further questions.

11            MS. LASK:  I have a few questions.

12        Off the record.

13

14            (Whereupon, a brief recess was

15        taken.)

16

17

18   CROSS-EXAMINATION

19   BY MS. LASK:

20

21        Q.   Now the only question I have is

22   going back to Burlington.  When you were in that

23   room and the officer that you described as

24   dishevelled had told you to take off all of your

25   clothes at the point when you were standing

Albert Florence

1  naked, tell us exactly where that officer was

2  exactly?

3      A.    Where was his position.

4            MR. RUDDY:  Remember to mark this.

5      A.    He was at arms length.

6      Q.    He was at arms length, from your

7  arms length?

8      A.    From my arms length.

9      Q.    Were you standing?

10     A.    Standing.

11     Q.    Was he sitting?

12     A.    He was sitting.

13     Q.    When he was sitting is that when

14  he was giving directions?

15     A.    Yes.

16     Q.    He was sitting at arms length away

17  from you; is that correct?

18     A.    Yes.

19     Q.    Was there an table or anything?

20     A.    No table.

21     Q.    So he was right in front of you;

22  is that correct?

23     A.    Yes.

24     Q.    And when you were standing in

25  front of him his head was -- where was his head

Albert Florence

1   curtain on the other side of the room?

2       A.   Yes.

3       Q.   That's how he knows you're

4   standing there completely naked?

5       A.   Yes.

6       Q.   Would anyone else?

7       A.   Let me finish the question.

8       Q.   With that hatch open -- I'm worse

9   than them.  With that half open curtain, isn't

10  that correct?

11      A.   Yes.

12      Q.   Going back to this diagram of

13  defendant D-2, is it correct that all five

14  inmates walked into the shower stalls first.  Am

15  I correct?

16      A.   No.  All inmates got undressed

17  first.

18      Q.   So did they all line up as you

19  have here?  You have three, two and one, you in

20  the middle, four, five.  Did you first line up

21  and did you take your clothes off right there?

22      A.   You take your clothes off right

23  there.

24      Q.   So you are taking clothes off

25  while two officers observing you from the

1  podium?

2      A.    Yes.

3      Q.    So you are undressing in front of

4  them?

5      A.    That's correct.

6            MR. RUDDY:  Object to the form.  You

7      are leading.

8            MS. LASK:  Okay.

9      Q.    So did you undress in front of the

10  two officers while they watched?

11      A.    Yes.

12      Q.    And then where did each of you

13  place your clothes when you undressed while they

14  watched?

15      A.    On the stool.

16      Q.    On the stool behind each of you?

17      A.    Yes.

18      Q.    Did you have to turn around to put

19  those clothes on the stool?

20      A.    Yes.

21      Q.    Did you have to turn back around

22  in front of those --

23      A.    Yes.

24      Q.    Did they give you the instructions

25  of what to do as you testified before?

1         C E R T I F I C A T E

2

3         I, ADRIENNE E. TISDALE-SCOTT, a Certified

4    Shorthand Reporter and Notary Public of the

5    State of New Jersey, do hereby certify that

6    prior to the commencement of the examination,

7    the witness was duly sworn by me to testify to

8    the truth, the whole truth and nothing but the

9    truth.

10        I DO FURTHER CERTIFY that the foregoing is a

11   true and accurate transcript of the testimony as

12   taken stenographically by and before me at the

13   time, place and on the date hereinbefore set

14   forth, to the best of my ability.

15        I DO FURTHER CERTIFY that I am neither a

16   relative nor employee nor attorney nor counsel

17   of any of the parties to this action, and that I

18   am neither a relative nor employee of such

19   attorney or counsel, and that I am not

20   financially interested in the action.

21

22

23

24         ADRIENNE E. TISDALE-SCOTT, CSR
           License No. XI01988

25

08/30/2005 08:00 FAX 609 702 7077          INS & RISK MGMT BURL CO  → BERKLEY                    ☒006

                                    C J I S   R E S P O N S E                         03/03/2005   19:21
                                                                                          Page    1

Incident No.   C020/2005-00006358    Call Code   MOTOR VEHICLE STOP

Date           03/03/2005   THU      Rcv         19:21:22

Unit No.       714                   Trooper(1)  FLYNN, JEFFREY              Trooper(2)

Received Dt    03/03/2005   19:21    Msg Type  NJWP     Requested By  011110  KAMARAS, VANESSA

NC NJDMV Response

MKE/NJ WANTED PERSON
NAM:FLORENCE,ALBERT W 3RD            DOB:09/29/1975 SEX:M
****      NEW JERSEY WANTED PERSONS INQUIRY RESULTS *****
====== MATCH FOR NAME: FLORENCE,ALBERT W 3RD        ======
AUTHORITY ORI/NJ0070000   ESSEX CO SHERIFF
DATE OF ENTRY/05-05-2003
WANTED PERSON
NAM/FLORENCE,ALBERT
POB/FL   DOB/09-29-1975   SOC/153847115
SEX/M   RAC/B   HGT/603   WGT/210
EYE/BRO   HAI/BLK   SKN/DRK
FPC/120512CI101511111207   MNU/OA-326995C
OCA/476503S   DOW/04-25-2003   WNU/98-04-01657-I
VID/C     STA/2A:10-1C   CIVIL CONTEMPT
***   SUPPLEMENTAL INFORMATION TO FOLLOW   ***
ADDITIONAL INFORMATION:
DEF TORSEILLO /1146 SCHMIDT LN N.BRUNSWICK NJ 0890
2 FBI 880053FB8
SIC/W125333501                        OPERATOR/G95DURA
SYS NO:200300384323
------------------ END OF NAME SEARCH ------------------------
***  END OF NEW JERSEY WANTED PERSONS INQUIRY RESULTS*****
1E:1
NJWSP65L7

                                                                    EXHIBIT E

08/30/2005 09:06 FAX 699 702 7077        INS & RISK MGMT BURL CO → BERKLEY        ☒007

ID - 03

# INMATE INTAKE RECORD

INMATE NUMBER: *#0 5050*

---

### DOCUMENT NUMBER: _____

( ) Initial  ( ) Additional  ( ) Temporary Commit
( ) County BW  ( ) GJ Commit  ( ) Sentence
( ) Municipal

HEARING PLACE: _____

DATE: _____ TIME: _____ BAIL $ _____

SENTENCE LENGTH: _____

CHARGES:   01 _____ DESC: _____
           02 _____ DESC: _____
           03 _____ DESC: _____
           04 _____ DESC: _____
           05 _____ DESC: _____

COMMITTED BY: _____

### DETAINER NUMBER: *01*

FROM: *Essex Co. Shff*
CITY: _____ STATE: *NJ*
TELEPHONE NUMBER: _____
DATE RECEIVED: *3-3-05*

REMARKS/CHARGES: *2A 10-1C*
*Civil Contept*
_____
_____
_____
_____

BAIL AMOUNT $ _____

---

### DOCUMENT NUMBER: _____

( ) Initial  ( ) Additional  ( ) Temporary Commit
( ) County BW  ( ) GJ Commit  ( ) Sentence
( ) Municipal

HEARING PLACE: _____

DATE: _____ TIME: _____ BAIL $ _____

SENTENCE LENGTH: _____

CHARGES:   01 _____ DESC: _____
           02 _____ DESC: _____
           03 _____ DESC: _____
           04 _____ DESC: _____
           05 _____ DESC: _____

COMMITTED BY: _____

### DETAINER NUMBER: _____

FROM: _____
CITY: _____ STATE: _____
TELEPHONE NUMBER: _____
DATE RECEIVED: _____

REMARKS/CHARGES: _____
_____
_____
_____
_____

BAIL AMOUNT $ _____

---

### DOCUMENT NUMBER: _____

( ) Initial  ( ) Additional  ( ) Temporary Commit
( ) County BW  ( ) GJ Commit  ( ) Sentence
( ) Municipal

HEARING PLACE: _____

DATE: _____ TIME: _____ BAIL $ _____

SENTENCE LENGTH: _____

CHARGES:   01 _____ DESC: _____
           02 _____ DESC: _____
           03 _____ DESC: _____
           04 _____ DESC: _____
           05 _____ DESC: _____

COMMITTED BY: _____

### DETAINER NUMBER: _____

FROM: _____
CITY: _____ STATE: _____
TELEPHONE NUMBER: _____
DATE RECEIVED: _____

REMARKS/CHARGES: _____
_____
_____
_____
_____

BAIL AMOUNT $ _____

Case 1:05-cv-00649-JHR-JS Document 76   Filed 08/01/07   Page 43 of 44 PageID: 578

```
JAM0020     NEW JERSEY COUNTY CORRECTION INFORMATION SYSTEM         03/27/05
SECTION TYPE: SUM               COMMITMENT SUMMARY       KSF: N        13:26
DISCHARGED: 03/10/05   RELEASE BY COURT ORD                    PAGE:   1 OF   2
INMATE: FLORENCE        ALBERT       J          TOTAL BAIL:
COMMIT DATE: 03 09 2005   COMMITMENT#: 07 257885   TOTAL BOND:
                                  JAIL ID: 0505561
1146 SCHMIDT LANE.                 SBI#: 326995C      BCI#:
N BRUNSWICK        NJ 89020-0000    SP#:              FBI#:
SEX: M      RACE: B                FPC#:
DOB: 9/29/75  SS#: 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  CELL:                CUSTODY:
LANGUAGES: ENGLISH
ASSESSMENT:
                               EMPLOYABLE | HAS MEDICAL INSURANCE
SKILLS:
--------------------------------------------------|-------------------------
C H A R G E S :                                   | B A I L / B O N D
2C:29-3      CY AEFH            0079804016571I     |
   HINDER PROSECUTION   ESX SUP.CT    E.C.SHERIFF  |CS:03/10/05
D E T A I N E R S :              ( NONE )
S P E C I A L  S E N T E N C E: ( NONE )
S E N T E N C E S :              ( NONE )
A L I A S E S :                  ( NONE )

--------------------------------------------------|-------------------------
 PF7=BACKWARD  PF8=FORWARD        NEXT FUNCTION: I |NEXT SECTION: MEN
```

EXHIBIT E

Inmate: FLORENCE, ALBERT J

Booking #: J200505561            Permanent ID: 2004-024863

## Personal Information

| | Last Name | First Name | Middle Name | Affix |
|---|---|---|---|---|
| Inmate Name | FLORENCE | ALBERT | J | |

Birth Date   09/29/1975        Sex   Male

Age at Booking        29        Current Age   29

Race   BLACK

Ethnicity

Marital Status

## Booking Information

Admission Type

County Code   ESSEX COUNTY

Committed By

Transported By

Transporting Officer ID

Arrested By

## Brief Notes

Inmate Notes   FPC #-

N/A

## Booking Verification

Shift   2

Book Date   03/09/2005 23:59

Officer ID#   Esposito, Salvatore

## Inmate ID Numbers

Photo ID#   J200505561

Permanent ID#   2004-024863

Social Security#   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

SBI#   326995C

CCIS#   07-257885

FBI#

BCI#

Property Number

St.Prison#

## NCIC Check

Check Done              Result

## DNA Sample Status

Status              Date   00/00/0000

## Unclothed Search

Officer Conducting Unclothed Search

RECEIVED
ESSEX COUNTY
COUNSEL'S OFFICE

2005 SEP -8  P 12: 21

EXHIBIT E