UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 4, 2009
DCO-160

## No. 09-8038 & 09-8039

ALBERT W. FLORENCE

v.

BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF BURLINGTON;
BURLINGTON COUNTY JAIL; WARDEN JUEL COLE,
Individually and officially as Warden of Burlington County Jail;
ESSEX COUNTY CORRECTIONAL FACILITY;
ESSEX COUNTY SHERIFF'S DEPARTMENT;
STATE TROOPER JOHN DOE, Individually and in his capacity as a State Trooper;
JOHN DOES 1-3 of Burlington County Jail & Essex County Correctional Facility
who performed the strip searches; JOHN DOES 4-5

Essex County Correctional Facility;
Essex County Sheriff's Department, Petitioners in **09-8038**

Board of Chosen Freeholders of the County of Burlington;
Warden Juel Cole, Petitioners in **09-8039**
(D.N.J. No. 1-05-cv-03619)

**Present:**   **BARRY, AMBRO and SMITH, Circuit Judges.**

1. Petition by Essex County Correctional Facility and Essex County Sheriff's Department for Permission to Appeal the District Court's **02/04/09** Order granting Summary Judgment.

2. Petition by the Board of Chosen Freeholders of the County of Burlington and Warden Juel Cole for Permission to Appeal the District Court's **02/04/09** Order granting Summary Judgment.

3. Response by Respondent Albert W. Florence in Opposition to the Petitions for Permission to Appeal.

  /s/ Anthony Infante
Anthony Infante
Case Manager        267-299-4916

# O R D E R

**The foregoing** Petitions for Permission to Appeal are GRANTED.



**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

**By the Court,**

**/s/ D. Brooks Smith**
**Circuit Judge**

**Dated:** August 26, 2009

AWI/arl/cc: MVC; SCL; JBD; AR; SLM